# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robin Rougeux

                             Plaintiff,

v.                                      Case No.: 1:22–cv–01838

                                                 Honorable Mary M. Rowland

TransUnion, LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2022:

     MINUTE entry before the Honorable Mary M. Rowland: A notice of voluntary dismissal (Dkt. [15]) has been filed. This case is dismissed with prejudice against TransUnion, LLC with each party to bear their own costs. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.